**Order entered September 1, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01197-CR

**EDWARD LERON SATCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-1224811-X**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on August 14, 2015, is **ORDERED** filed as of the date of this order.

/s/ DAVID L. BRIDGES
PRESIDING JUSTICE